UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

_FILED ✓RECEIVED
_ENTERED _SERVED ON
COUNSEL/PARTIES OF RECORD

2007 SEP 19 P 12: 10

Jonathan Lee Riches ©,
Plaintiff

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

CIVIL NO _____

V.

BY_____DEPUTY

ORENTHAL JAMES SIMPSON A/K/A
"O.J. SIMPSON"

DEFENDANT

2:07-cv-01282-RLH-LRL

COMPLAINT
A LAS VEGAS CONSPIRACY
"TRO TEMPORARY Restraining Order"

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this
Honorable court to issue an order for Defendant Named in this suit to
Respond. This suit is civil rights violations and major crimes on myself
and the American people. Defendant committed treason, Major fraud, deceit,
Tax fraud, sports memorabilia theft, tax fraud, mind manipulation, and
Identity theft. Plaintiff moves this honorable court to issue a restraining
order against O.J. Simpson's State court case. Plaintiff seeks all revenue
generated by this scandal to go back to the pockets of Americans. Plaintiff
also seeks the same $33.5 million Judgement the Goldman's got.

## 1

This suit Exposes the Major vast conspiracy involving O.J. Simpson, The
Las Vegas Police department, the mayor of Las vegas, The Goldman family,
The Brown family, Biggie Smalls Killer, Palms Hotel management, and George
Clooney to create a public circus for t.v. ratings, political careers, movies
and book deals. I have the blue prints to this conspiracy. I will only give it to
Robert Novak. MR. Novak will You please write to me.

①

## 2

ON SUN 9-16-07 - O.J. Simpson got arrested for armed robbery. This was a secret plan all along I learned through a wiretap of Fred Goldmans telephone. I can wiretap phones from prison with parts of my body. Everyone is going to get a piece of the pie from this arrest, the mayor of Las Vegas gets more visitors to witness the "new trial of the decade". The mayor has plans right now to raise parking and food prices. Southwest airlines is in this conspiracy, check and see for yourself the price difference in flights to Vegas. See what it would of cost you to fly to Vegas on 9-15-07, and see what it cost now. I bet you 10,000 push ups it's more. O.J. Simpson is going to create revenue for the city of Las Vegas. Everyone is in on this.

## 3

O.J. Simpson has been my enemy for 10 years. I hacked into the life of O.J. Simpson ever since he refused to sign a football card of mine, when I had Cancer. On May 6, 2007 I kindly asked O.J. Simpson at a BoJangles if he would sign my football card of his. O.J. told me "Beat it, punk", "I hope cancer eats you". I was sad that O.J. ruined my hopes and dreams. Ever since then I been secretly spying on O.J. Simpsons life

From May 10 2001 until June 16, 2002 - I followed O.J. Simpson along Route 66 and watched him Rob banks with water guns and take elderly ladies social Security checks. O.J. Simpson jumped on trains, planes, and Automobiles. Jan 10, 2007 - O.J. Simpson has secret plans with George Clooney to be in Oceans 14th.

Aug 20, 2007 - I heard O.J. confess to a pastor who is on my poison payroll that O.J. has the $33.5 million dollars that he owes the Goldman family buried in the crandall mine in Utah collecting 7% interest. O.J. Simpson also confessed to Billy Graham that he payed off CEO Bob murray to stop the search and rescue on the miners because he didn't want the loot found.

## 4

O.J. Simpson on June 17, 2007 has been involved with the Barry Bonds, Bud Selig, Hank aaron's bat scandal in northern Indiana. O.J. studied their plan to create T.V. ratings. Mark deli clerk at Piggly Wiggly Knows. We found Bonds steroids needles washed up on the Jersey shore in the 1980's.

## 5

In 1993 - O.J. learned police tactics from the set of the naked Gun movies. O.J. can Alter fingerprints. O.J. told me Laci Peterson's mother Sharon paid him to help set up Scott Peterson. The world Knows O.J. can unlock the Zodiac Mystery in his head.

## 6

In 1947 - House Bill Public Law 80-772 was passed in the House. It went to the senate. The Senate then changed the bill. It should of went back to the house for a vote. Instead, the senate voted, approved it, then it became law which is today 18 USC 3231

Under the Constitution of the United States - Law can't come into effect without approval of the House and senate vote.

Since 1948 the 18 USC 3231 relating to district courts having Jurisdiction under the laws of the land cannot be inforced. The Courts do not have the Power to Impose any acts against the U.S.

O.J. Simpson is involved with this illegal Bill because if you look closely 18 USC 3231 "USC" was O.J. Simpsons College This is a Huge 6th amendment violation on my illegal incarceration under Booker and Fanfan that O.J. Simpson is involved with.

## 7

July 9, 1947 is not O.J. Simpsons birthdate. O.J. Simpson forced me to make him a fake birth Certificate on Aug 10, 2002, because O.J. wanted to Attend a Miss teen U.S.A. pagant and wanted everyone to think he was under 18, so he could pick up on young girls.

O.J. also forced me at gunpoint to make a fake birth certificate for his friend little league world series pitcher Danny Almonte.

8

O.J. rushed for 11,236 yards, I stole 11,237 I.D's on June 10, 2002 O.J. stuffed 11,238 footballs in my mouth to prevent me from whistleblowing, he doesn't know I know sign language.

9

In Aug 31, 2007 — O.J. Simpson has told me that thousands of people write web pages and blogs about me, and I've seen many of them. What a major hypocrisy when people say its a waste of tax payers money when inmates file frivolous lawsuits. What about a waste of tax payers money when NON violent offenders are spending years in prison? what about all the inmates 60 years and older? what about no parole in the federal system? whats going to happen when a 1000 Jonathan Lee Riches© files 1000 lawsuits? O.J. Simpson is turning a blind eye on my 8th amendment rights being violated. Celebrities like Jolie and Madonna flying around the world on O.J's orders saving kids in other countries, but they don't help people at home. O.J Simpson's tax money has been contributing to my illegal incarceration. O.J. Simpson took away 5 years of my life, He calls me "white Ronnie".

10

On Feb 25th, 2003 O.J. Simpson influenced federal district Judge Melinda Harmon in Houston to indict me by giving her signed O.J. Simpson footballs and helmits. O.J. Simpson had affairs with Jessica Simpson while she was with Nick. They both wanted to keep the Simpson family name.

11

"What happens to Jonathan Lee Riches doesn't stay with Jonathan Lee Riches." I know the true conspiracy why O.J. was arrested on 9-16-07 O.J. Simpson is in a conspiracy with Pacman Jones to bring exposure to the Las Vegas Courthouse. Their trials will create revenue madness in Las Vegas, Hotels fill up, Eating Establishments will be in demand, O.J. Simpson is in

With the Mayor of Vegas to make gas prices go up. Even Casino's will profit. The MaGoof's given O.J. Simpson a free penthouse for a month if O.J. signs autographs in their lobby.

12

O.J. Simpson is using my copyrighted name Jonathan Lee Riches© around Las Vegas and has been signing autographs using my name. Ever since I been a internet thief on June 9, 2000, O.J. continues to hurt my feelings. O.J. Simpson told me "I killed Goldman, and got away with it"

13

O.J. told me when he sat in Jail for a year during his murder trial that he built a underground tunnel so he could leave prison at night with the Menendez Brothers and Robert Blake and Robert Downey Jr and Son of Sam, Son of Adam, Sonny D, Orange Juice. All of 1994

TRO Temporary Restraining Order

Plaintiff moves to stop the criminal proceedings of O.J.'s State case until my team of forensic experts in prison and DNA crime labs from Illinois investigate the true conspiracy. This is a sham on the peoples mind. O.J. Simpson's book never went out, now this arrest creates more revenue for him and Las Vegas. Plaintiff moves this Honorable Court to take O.J. Simpsons phone # off my prison list. I compel this court to stop O.J. from being sold in grocery stores cause its poisoning people. Plaintiff moves this court to stop O.J. from paying for my illegal incarceration. Plaintiff moves this court to continue the search and rescue of Jimmy Hoffa and Steve Fossett and missing kids on milk cartons including low fat.

Respectfully
Submitted

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
(843) 387-9400

USA FIRST CLASS FOREVER

Name: Jonathan Lee Riches ☺
Register Number: #40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC 295

17 SEP 2007 PM 1 T

United States District Court
District of Nevada
Lloyd D. George U.S. Courthouse
333 LasVegas Blvd.
LAS Vegas, NV 89101

89101+7065

FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590
Date: _9/7/07_

The enclosed letter was processed through **special mail** procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

_____
Mail Room Officer